# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON | § | |
| | § | Civil Action No. 4:22-CV-34 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| RANDIP GREWAL, ET AL. | § | |

**MEMORANDUM ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the amended report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 23, 2022, the amended report of the Magistrate Judge (Dkt. #16) was entered containing proposed findings of fact and recommendations that this cause be remanded. Having received the amended report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's amended report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff The Bank of New York Mellon's Motion to Remand (Dkt. #7) is **GRANTED**, and that this case is hereby **REMANDED** to the County Court at Law No. 4, Dallas County, Texas for further proceedings. Plaintiff failed to file any application or verified proof of the reasonable and necessary fees incurred in preparing and filing its Motion for Remand as directed in the amended report.

It is further **ORDERED** that Defendants Randip Grewal, Reginald Perkins, Parvinder Grewal, and/or All Occupants 1211 Harbor Dune Ct., Irving, Texas 75063 ("Defendants") are enjoined from future filings in this District as follows:

Defendants are prohibited from filing in, or removing to, the Eastern District of Texas the case *Bank of New York Mellon, f/k/a The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12 v. Grewal, et al.*, Cause No. JE1802871L (Justice Court, Precinct 4, Place 2, Dallas County) or Cause No. CC-20-01508-D (County Court at Law No. 4, Dallas County) (collectively, the "State Actions"), or any other civil action related to 1211 Harbor Dune Ct., Irving, Texas 75063 (the "Property") without leave of court. Defendants shall be required to obtain leave of court from an active Eastern District of Texas Judge assigned to the division in which the case will be filed in or removed to, or from the Chief Judge of the Eastern District of Texas. Defendants must file a written motion requesting leave of court and attach to the motion for leave copies of (1) the proposed complaint; (2) a copy of the Magistrate Judge's amended report and recommendation in this case, and (3) a copy of the Memorandum Adopting and/or any final order entered in this case.

**IT IS SO ORDERED**.

 **SIGNED this 22nd day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE